

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2022

No. 04-21-00533-CV

**IN THE ESTATE OF MAGDALENE B. MZYK, DECEASED,**

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 21-01-00010-CVK
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Sitting:    Beth Watkins, Justice
           Liza A. Rodriguez, Justice
           Lori I. Valenzuela, Justice

Appellant Jacob Pawelek filed a notice of appeal on November 18, 2021 to appeal the trial court's October 25, 2021 order. That order grants the motions for summary judgment filed by appellees Louise Jung Jenschke and Elaine Clausen, and denies Pawelek's cross-motion for partial summary judgment. Pawelek has filed an opposed motion to abate the appeal "because it does not dispose of the parties' claims for attorney's fees."

In the absence of a severance order, a summary judgment that does not dispose of all parties and causes of action is not final and appealable. *Lehmann v. Har-Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001); *Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Pawelek requests that this court allow the appealed order that is not yet final to be modified so as to be made final and that we consider his notice of appeal prematurely filed. *See* TEX. R. APP. P. 27.1(a), 27.2. Pawelek asks that we abate the appeal until the trial court signs a final, appealable judgment.

We grant Pawelek's motion to ABATE this appeal and REMAND this cause to the trial court. We ORDER Pawelek to ensure that a supplemental clerk's record with a final, appealable judgment or severance order is filed in this court within THIRTY DAYS of the date of this order.

If by that date the trial court has not yet issued a final order, Pawelek is ordered to file a report informing the court of the status of the case.

All other appellate deadlines are suspended until further order of this court.

FILE COPY

_____
Beth Watkins, Justice


     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court